# Court of Appeals
# of the State of Georgia

ATLANTA,  January 19, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0839. BOLISH v. THE STATE.

Appellant has filed a motion to remand this case back to the trial court to complete the record because the trial court has not yet ruled upon appellant's motion for reconsideration. Accordingly, we hereby remand this case to the trial court for it to rule on appellant's motion for reconsideration.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/19/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*